UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Palomar Health, et al.,<br><br>                                  Plaintiffs,<br><br>v.<br><br>'N Health Network Partners, LLC, et al.,<br><br>                                  Defendants. | Case No.: 25-cv-2272-AGS-MSB<br><br>**ORDER LIFTING STAY AND SETTING RESPONSIVE-PLEADING DEADLINE** |

In this lawsuit, the Court's subject-matter jurisdiction is purportedly based on diversity of citizenship, but the parties agree that there is no diversity between the California-based plaintiffs and one of the two defendants—California Clinical Partners ACO, LLC. (ECF 14, at 2.) To cure this problem, the parties voluntarily dismissed that non-diverse defendant. (*See* ECF 15.) The remaining defendant—'N Health Network Partners, LLC—"does not have any members who are citizens of the State of California," and it does "not dispute the Court's exercise of . . . diversity jurisdiction" over this action, so long as it is the lone defendant. (ECF 14, at 2.)

This Court has "discretionary power . . . to perfect its diversity jurisdiction by dropping a nondiverse party provided the nondiverse party is not indispensable to the action." *Kirkland v. Legion Ins. Co.*, 343 F.3d 1135, 1142 (9th Cir. 2003). Because no one disputes this Court's exercise of diversity jurisdiction over the remaining parties, the Court presumes that the dismissed defendant is not indispensable and that this Court properly has subject-matter jurisdiction. The responsive-pleading stay is lifted, and the responsive-pleading deadline is now October 9, 2025.

Dated:  September 18, 2025

_____
Hon. Andrew G. Schopler
United States District Judge